No. 83–325.  CITY OF EVANSTON ET AL. v. LUBAVITCH CHABAD HOUSE OF ILLINOIS, INC., ET AL.  App. Ct. Ill., 1st

Dist.  Certiorari denied.